UNITED STATES Bankruptcy Court

~~IN THE Circuit Court of the Eleventh Judicial Circuit in and for Miami Dade County Florida Circuit Civil Division~~

HSBC BANK USA N.A.

Plaintiff

vs.

Maurice Symonette and Kurt Marin

Defendants

18-15891 LMI
CASE NO: 07-023509 CA01

## EMERGENCY MOTION FOR VIOLATION OF BANKRUPTCY

Comes Now Maurice Symonette with motion to move Court for Emergency Hearing for Violation of Bankruptcy Stay.

## CERTIFICATE OF SERVICE

I Hereby Certify That A True and Correct Copy of the Foregoing was sent by U.S. Mail to Albertilli Law P.O. Box 23028 Tampa Fl. 33623 Ph. 813-221-4743 Fax 813-221-9171

Maurice S.
Maurice Symonette
14100 N.W. 14 Ave.
Miami Florida
786-859-9421    33167