UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:

Case # 18 15891 LMI

Maurice Symonette
14100 NW 14th Ave.
Miami, Fl. 33167

### EMERGENCY MOTION FOR VIOLATION OF BANKRUPTCY STAY

Comes Now Maurice Symonette with motion to move court for emergencey hearing for violation

Of Bankruptcy stay because HSBC BANK USA N.A. and the Dade County Sheriff Dept. violated my bankruptcy stay by trying to evict

Me while I'm in bankruptcy after seeing the bankruptcy papers and put some of the stuff outside the house

But I ( Maurice Symonette) refused to move out to see proof see ( gods.2.com). Number 10B.
And Now some of Property is missing And Destroyed by Rain

I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING WAS SENT BY

US MAIL MAIL TO ALBERTELLI LAW P.O. BOX 23028 TAMPA FL. 33623 PH: 813-221-4743 FAX: 813-221-9171

Sincerley,

MAURICE SYMONETTE
14100 NW 14TH AVE.
MIAMI, FL.33167

786 859 9421