

## ORDERED in the Southern District of Florida on June 10, 2018.

**Laurel M. Isicoff**
**Chief United States Bankruptcy Judge**

_____

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA

In re:                                                                Case No.  18-15891-BKC-LMI

MAURICE SYMONETTE,                                    Chapter 7

        Debtor.
_____/

### ORDER DENYING EMERGENCY MOTION FOR VIOLATION OF BANKRUPTCY

This matter came before the Court on June 6, 2018 upon the Emergency Motion for Violation of Bankruptcy (ECF #9) filed by Debtor. The Court has reviewed the Motion, the record, and all relevant matters. It is

**ORDERED AS FOLLOWS**:

1.  The Emergency Motion for Violation of Bankruptcy is denied without prejudice for the reasons stated on the record.

###

Copies furnished to:
Maurice Symonette, pro se Debtor

*The Clerk of Court shall serve a copy of this order upon all parties in interest.*