UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                                      CASE: 18-15891-LMI

MAURICE SYMONETTE
14100 NW 14TH AVE.
MIAMI, FL. 33167

*Emergency*

## MOTION TO CHANGE CREDITORS MEETING DATE

COMES NOW DEBTOR MAURICE SYMONETTE WITH MOTION TO REQUEST THE DATE ON MY CREDITORS MEETING WHICH IS HELD ON 6/19/2018 BE ALLOWED TO BE HELD ON A DIFFERENT DAY PREFERABLY I WOULD LIKE IF AT ALL POSSIBLE FOR IT TO BE ON THE SAME DATE AS MY EMERGENCY HEARING ON 6/22/2018 AT 9:AM BUT WITH THE CREDITORS MEETING AT A LATER TIME ON THAT DAY IN THE AFTERNOON INSTEAD OF THE MORNING BECAUSE I WAS ALREADY SCHEDUELED TO GO OUT OF TOWN ON THAT DAY (6-19- 2018) I WOULD APPRECIATE IT VERY MUCH, THANK YOU.

SINCERILY, *[signature]*

Maurice Symonette
14100 NW 14TH AVE.
Miami Fl. 33167
PH:786-859-9421
CASE: 18-15891LMI