

**ORDERED in the Southern District of Florida on June 15, 2018.**

*[signature]*

**Laurel M. Isicoff**
**Chief United States Bankruptcy Judge**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| In re: | Case No.  18-15891-BKC-LMI |
| MAURICE SYMONETTE, | Chapter 7 |
| Debtor. | |
| _____/ | |

### ORDER DENYING DEBTOR'S EMERGENCY MOTION
### TO CHANGE CREDITORS MEETING DATE

This matter came before the Court upon Debtor's Emergency Motion to Change Creditors Meeting Date (ECF #26) (the "Motion") filed on June 15, 2018. In the Motion, the Debtor requests that this Court change the date of his 341 meeting of creditors (the "341 Meeting"). The 341 Meeting is scheduled for June 19, 2018.

The Court has reviewed the Motion, the record, and all relevant matters. It is

**ORDERED AS FOLLOWS**:

1.	The Motion is DENIED without prejudice.

2. The Debtor is directed to resolve the 341 Meeting scheduling matter with the Chapter 7 Trustee. In the future, the Debtor must resolve 341 meeting of creditors scheduling conflicts with the Chapter 7 Trustee prior to filing motions with the Court.

###

Copies furnished to:
Maurice Symonette, pro se Debtor

*The Clerk of Court shall serve a copy of this order upon all parties in interest.*