

**ORDERED in the Southern District of Florida on June 26, 2018.**

Laurel M. Isicoff
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

_____

Maurice Symonette                                    CASE NO. 18-15891-BKC-LMI

       Debtor(s).                                    Chapter 7
_____/

### ORDER SPECIALLY SETTING EVIDENTIARY HEARING

The Court having determined that it is appropriate to set the *Emergency Motion for Violation of Bankruptcy Stay (DE #20)* for an evidentiary hearing and to schedule deadlines in order to expedite and facilitate such hearing upon this matter, it is hereby,

**ORDERED AND ADJUDGED** as follows:

1.    The *Emergency Motion for Violation of Bankruptcy Stay (DE #20)* has been scheduled for Final Evidentiary Hearing on <u>August 8, 2018</u> at <u>2:30</u> p.m. at the C. Clyde Atkins Building, United States Bankruptcy Court, 301 North Miami Avenue, Courtroom 8, Miami, Florida, solely on the following issues:

       a.    Whether the Creditor had notice of the bankruptcy;

  b. Whether the Creditor is liable for damages for the actions of the sheriff who sought to evict the Debtor and his possessions; and

  c. Whether the Debtor suffered any damages due to the violation of the automatic stay.

*No continuances will be granted for any reason on this matter absent compelling, unforeseen circumstances.*

 2. All discovery shall be completed no later than **July 27, 2018**.

 3. The time for responding to interrogatories, requests for admission or requests for production is shortened to fourteen (14) days from service of the discovery.

 4. On or before noon on **August 1, 2018** each side shall deliver to the opposing party (BUT DO NOT DELIVER TO CHAMBERS OR FILE) a set of pre-marked exhibits intended to be offered as evidence at the evidentiary hearing. The exhibits shall be bound in one or more notebooks, with tabs marking each exhibit, with the exhibit list **CONFORMING TO LOCAL FORM 49** (see attached). **Absent compelling circumstances, the Court will not consider exhibits or the testimony of any witnesses not listed on a timely witness list or Exhibit List.**

 5. On or before noon on **August 6, 2018** each side shall submit to chambers by e-mail at LMI_chambers@flsb.uscourts.gov and opposing counsel by fax or e-mail, the following:

  (a) The exhibit list conforming to local form 49, identifying each exhibit intended to be offered as evidence at the hearing. The actual exhibits should not be attached to the Court's email. Movants and/or Plaintiffs shall mark their exhibits numerically. Respondents and/or Defendants shall mark their exhibits alphabetically;

  (b) A witness list that includes a brief statement summarizing the testimony each witness is expected to present;

       (c)    Any written opening statement the party wishes the Court to read before the hearing begins.  Oral opening statements will normally not be permitted.

       (d)    Self-represented parties may bring a hard copy of these documents to chambers if they do not have access to email.

6.    On the day of trial the parties shall, in addition to the original exhibit binder for the Court, also bring an exhibit binder for the law clerk and one exhibit binder for the witness box.

7.    **COMPLIANCE WITH FEDERAL JUDICIARY PRIVACY POLICY**. All papers, including exhibits, submitted to the court must comply with the federal judiciary privacy policy as referenced under Local Rule 5005-1(A)(2).

8.    **SANCTIONS**.  Failure to appear at the evidentiary hearing or to comply with any provision of this order may result in appropriate sanctions, including the award of attorneys' fees, striking of papers, exclusion of exhibits or witnesses, or the granting or denial of the Motion.

9.    Continuances of the evidentiary hearing or any deadlines set forth in this order must be requested by written motion.  Any request for continuance or amendment to this order shall set forth the status of discovery and shall state the reasons why the party or parties seek a continuance.

10.    **ALL REQUIRED DOCUMENTS MUST BE FILED AND EXCHANGED IN ACCORDANCE WITH THE DEADLINES SET FORTH IN THIS ORDER.**

###

Copies furnished to:

> *The Clerk of Court shall serve a copy of this order upon all parties.*

(Rev. 3-2018)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:                                                                   Case No.
                                                                                    Chapter

_____/

    Plaintiff                                                          Adv. No.

      vs.

    Defendant
_____/

**EXHIBIT REGISTER**

Exhibits Submitted on behalf of:

[  ] Plaintiff          [  ] Defendant          [  ] Debtor          [  ] Other _____

Date of Hearing/Trial: _____

Type of Hearing/Trial: _____

SUBMITTED BY: _____

_____

_____

        (Tel.) _____

| Exhibit Number/Letter | Description | Admitted | Refused | Not Introduced |
|---|---|---|---|---|

Exhibit Register Continuation Page

| **Exhibit Number/Letter** | **Description** | **Admitted** | **Refused** | **Not Introduced** |
| --- | --- | --- | --- | --- |

LF-49 (rev. 12/01/09)