United States Bankruptcy Court
Southern District of Florida

In re:
Maurice Symonette
Debtor

Case No. 18-15891-LMI
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 113C-1 User: cgrimm Page 1 of 1 Date Rcvd: Jun 26, 2018
Form ID: pdf004 Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 28, 2018.
db +Maurice Symonette, 14100 NW 14 AVE, Miami, FL 33167-1203

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE. TOTAL: 0

***** BYPASSED RECIPIENTS *****
NONE. TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 28, 2018 Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 26, 2018 at the address(es) listed below:

Jeffrey S Fraser on behalf of Creditor HSBC Bank USA, National Association as Trustee for Nomura Home Equity Loan, Inc., AssetBacked Certificates, Series 2007-1 bkfl@albertellilaw.com, anhsalaw@infoex.com

Joel L Tabas JLT@tfsmlaw.com, kborrego@tabassoloff.com;jtabas@ecf.epiqsystems.com;jcepero@tabassoloff.com;lshortino@tabassoloff.com

Office of the US Trustee USTPRegion21.MM.ECF@usdoj.gov

TOTAL: 3



**ORDERED in the Southern District of Florida on June 26, 2018.**

**Laurel M. Isicoff**
**Chief United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

---

Maurice Symonette CASE NO. 18-15891-BKC-LMI

Debtor(s). Chapter 7
_______________________________/

**ORDER SPECIALLY SETTING EVIDENTIARY HEARING**

The Court having determined that it is appropriate to set the *Emergency Motion for Violation of Bankruptcy Stay (DE #20)* for an evidentiary hearing and to schedule deadlines in order to expedite and facilitate such hearing upon this matter, it is hereby,

**ORDERED AND ADJUDGED** as follows:

1. The *Emergency Motion for Violation of Bankruptcy Stay (DE #20)* has been scheduled for Final Evidentiary Hearing on August 8, 2018 at 2:30 p.m. at the C. Clyde Atkins Building, United States Bankruptcy Court, 301 North Miami Avenue, Courtroom 8, Miami, Florida, solely on the following issues:

a. Whether the Creditor had notice of the bankruptcy;

b. Whether the Creditor is liable for damages for the actions of the sheriff who sought to evict the Debtor and his possessions; and

c. Whether the Debtor suffered any damages due to the violation of the automatic stay.

***No continuances will be granted for any reason on this matter absent compelling, unforeseen circumstances.***

2. All discovery shall be completed no later than **July 27, 2018**.

3. The time for responding to interrogatories, requests for admission or requests for production is shortened to fourteen (14) days from service of the discovery.

4. On or before noon on **August 1, 2018** each side shall deliver to the opposing party (BUT DO NOT DELIVER TO CHAMBERS OR FILE) a set of pre-marked exhibits intended to be offered as evidence at the evidentiary hearing. The exhibits shall be bound in one or more notebooks, with tabs marking each exhibit, with the exhibit list **CONFORMING TO LOCAL FORM 49** (see attached). **Absent compelling circumstances, the Court will not consider exhibits or the testimony of any witnesses not listed on a timely witness list or Exhibit List.**

5. On or before noon on **August 6, 2018** each side shall submit to chambers by e-mail at LMI_chambers@flsb.uscourts.gov and opposing counsel by fax or e-mail, the following:

(a) The exhibit list conforming to local form 49, identifying each exhibit intended to be offered as evidence at the hearing. The actual exhibits should not be attached to the Court's email. Movants and/or Plaintiffs shall mark their exhibits numerically. Respondents and/or Defendants shall mark their exhibits alphabetically;

(b) A witness list that includes a brief statement summarizing the testimony each witness is expected to present;

(c) Any written opening statement the party wishes the Court to read before the hearing begins. Oral opening statements will normally not be permitted.

(d) Self-represented parties may bring a hard copy of these documents to chambers if they do not have access to email.

6. On the day of trial the parties shall, in addition to the original exhibit binder for the Court, also bring an exhibit binder for the law clerk and one exhibit binder for the witness box.

7. **COMPLIANCE WITH FEDERAL JUDICIARY PRIVACY POLICY**. All papers, including exhibits, submitted to the court must comply with the federal judiciary privacy policy as referenced under Local Rule 5005-1(A)(2).

8. **SANCTIONS**. Failure to appear at the evidentiary hearing or to comply with any provision of this order may result in appropriate sanctions, including the award of attorneys' fees, striking of papers, exclusion of exhibits or witnesses, or the granting or denial of the Motion.

9. Continuances of the evidentiary hearing or any deadlines set forth in this order must be requested by written motion. Any request for continuance or amendment to this order shall set forth the status of discovery and shall state the reasons why the party or parties seek a continuance.

10. **ALL REQUIRED DOCUMENTS MUST BE FILED AND EXCHANGED IN ACCORDANCE WITH THE DEADLINES SET FORTH IN THIS ORDER.**

###

Copies furnished to:

*The Clerk of Court shall serve a copy of this order upon all parties.*

(Rev. 3-2018)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re: Case No.
Chapter

_____________________________/

Plaintiff Adv. No.

vs.

Defendant
_____________________________/

**EXHIBIT REGISTER**

Exhibits Submitted on behalf of:

[ ] Plaintiff [ ] Defendant [ ] Debtor [ ] Other___________________________

Date of Hearing/Trial: ________________________________________________

Type of Hearing/Trial: ________________________________________________

SUBMITTED BY: ________________________________________________

________________________________________________

________________________________________________

(Tel.)_____________________________________________

| **Exhibit Number/Letter** | **Description** | **Admitted** | **Refused** | **Not Introduced** |
|---|---|---|---|---|

Exhibit Register Continuation Page

| Exhibit Number/Letter | Description | Admitted | Refused | Not Introduced |
|---|---|---|---|---|