```
                          United States Bankruptcy Court
                          Southern District of Florida
```

In re:                                                              Case No. 18-15891-LMI
Maurice Symonette                                                   Chapter 7
     Debtor

## CERTIFICATE OF NOTICE

```
District/off: 113C-1          User: cgrimm              Page 1 of 1           Date Rcvd: Jun 29, 2018
                              Form ID: CGFD17           Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 01, 2018.
db        +Maurice Symonette,   14100 NW 14 AVE,   Miami, FL 33167-1203

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                                                        TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 01, 2018                                                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 29, 2018 at the address(es) listed below:
            Jeffrey S Fraser   on behalf of Creditor   HSBC Bank USA, National Association as Trustee for
             Nomura Home Equity Loan, Inc., AssetBacked Certificates, Series 2007-1 bkfl@albertellilaw.com,
             anhsalaw@infoex.com
            Joel L Tabas    JLT@tfsmlaw.com,
             kborrego@tabassoloff.com;jtabas@ecf.epiqsystems.com;jcepero@tabassoloff.com;lshortino@tabassoloff.com
            Office of the US Trustee   USTPRegion21.MM.ECF@usdoj.gov
                                                                                                                                TOTAL: 3

Form CGFD17 (10/15/10)

# United States Bankruptcy Court
### Southern District of Florida
www.flsb.uscourts.gov

Case Number: 18−15891−LMI

Chapter: 7

**In re:**

Maurice Symonette
14100 NW 14 AVE
Miami, FL 33167

SSN: xxx−xx−9067

## NOTICE REGARDING FILING OF TRANSCRIPT AND DEADLINE FOR FILING NOTICE OF INTENT OR MOTIONS TO REQUEST REDACTION OF TRANSCRIPT

Notice is hereby given that an official transcript of a proceeding held on 6/22/18 has been filed on 6/28/2018 by the court reporter in the above captioned matter.

Pursuant to the "Bankruptcy Court Guidelines on Electronic Availability of Transcripts and Procedures for Transcript Redaction", the parties have until **07/05/2018** to file with the court a local form "Notice of Intent to Request Redaction of Transcript." Parties timely filing the local form "Notice of Intent to Request Redaction of Transcript" shall, within 21 days of the date the transcript was docketed, unless otherwise ordered by the court, file a "Statement of Personal Data Identifier Redaction Request" which shall indicate, by page and line number, the location of the personal data identifiers for which redaction is being requested.

Parties seeking to review the unredacted transcript filed with the court may either (1) purchase a copy of the transcript from the court reporter: Ouellette and Mauldin Court Reporters, 28 West Flagler St., Suite 808, Miami, Florida 33130, (305) 358−8875; or (2) view a copy of the transcript at no charge in any of the clerk's three divisional offices.

If a "Statement of Personal Data Identifier Redaction Request" is filed, the redacted transcript is due **07/30/2018**.

Absent the filing of a timely motion related to redaction, or further order of the court, the transcript will be made available after **09/26/2018** for remote electronic access and at the clerk's office public terminals for viewing and printing.

**Dated: 6/29/18**                                **CLERK OF COURT**
                                                By: Carmela Grimm
                                                Deputy Clerk

The clerk shall serve a copy of this notice on all case participants listed as appearances on the transcript.