18-017793

# UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

IN RE:                                                    CASE NO.:  18-15891-LMI

MAURICE SYMONETTE                          CHAPTER: 7

       Debtor(s)
_____/

## HSBC BANK USA, N.A. AS TRUSTEE FOR NOMURA HOME EQUITY LOAN, INC., ASSETBACKED CERTIFICATES, SERIES2007-1's NOTICE OF PROPOUNDING DISCOVERY REQUESTS UPON DEBTOR, MAURICE SYMONETTE

YOU ARE HEREBY NOTIFIED that HSBC BANK USA, N.A. AS TRUSTEE FOR NOMURA HOME EQUITY LOAN, INC., ASSETBACKED CERTIFICATES, SERIES2007-1, by and through its undersigned counsel, has propounded its *First Set of Interrogatories*, *First Request for Admissions,* and *Request for Production* upon Debtor, MAURICE SYMONETTE.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was provided via electronic and/or regular U.S. Mail to the parties on the attached service list, this 11th day of July, 2018.

**SERVICE LIST**

Maurice Symonette *(via regular mail)*
14100 NW 14 AVE
Miami, FL 33167

Joel L. Tabas
25 SE 2nd Avenue
Suite 248
Miami, FL 33131

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130

                                          Jeffrey S. Fraser, Esq.
                                          **Albertelli Law**
                                          Attorney for Secured Creditor
                                          PO Box 23028
                                          Tampa, FL 33623
                                          Telephone: (813) 221-4743
                                          Facsimile: (813) 221-9171

                                          By: /s/ *Jeffrey S. Fraser, Esq.*
                                          Jeffrey Fraser
                                          Florida Bar No: 008589

**JF - 18-017793**