## UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

IN RE:

MAURICE SYMONETTE          CASE NO.: 18-15891-LMI
                                          CHAPTER: 7

Debtor(s).
_____/

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 12th day of July, 2018, I served a copy of the Notice of Hearing *Motion to Annul the Automatic Stay Nunc Pro Tunc* (**D.E. #43**), on the parties listed below:

Maurice Symonette
14100 NW 14 AVE
Miami, FL 33167

Joel L. Tabas
25 SE 2nd Avenue
Suite 248
Miami, FL 33131

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130

                                                           Jeffrey Fraser, Esq.
                                                           **Albertelli Law**
                                                           Attorney for Secured Creditor
                                                           PO Box 23028
                                                           Tampa, FL 33623
                                                           Telephone: (813) 221-4743
                                                           Facsimile: (813) 221-9171

                                                           By: */s/ Jeffrey Fraser, Esq.*
                                                           Jeffrey Fraser
                                                           Florida Bar No: 0085894

ALAW FILE NO. 12-107858