CASE# 18-15891 LMI

Re: MAURICE Symonette

## Emergency MOTION
## To change Date of hearing (7/25/18

This is my Emergency motion to move the Emergency Hearing to July 27th. The Creditors know that I have a Rally in Arizona July 25th. 2018 and deliberately set the hearing on that Date to cause me and my musical Band to miss the performance and the Rally. with the Bus we Rented. The creditors over heard that at the house we are Disputing about. And set the Hearing on the same Date (July 25th.) Just to harm me. We already have a hearing Aug. 1st 2018 for sanctions. wherein we could Also do their Emergency hearing this change Dose not hurt them thank

Sign Maurice S.

Maurice Symonette,
10290 SW 58th Street Miami
# 786 859 9421