

**ORDERED in the Southern District of Florida on July 19, 2018.**

Laurel M. Isicoff
Chief United States Bankruptcy Judge

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| In re: | Case No. 18-15891-BKC-LMI |
| MAURICE SYMONETTE, | Chapter 7 |
| Debtor. | |
| _____/ | |

### ORDER GRANTING EMERGENCY MOTION TO CONTINUE HEARING

This matter came before the Court upon the Debtor's Emergency Motion to Continue Hearing (ECF #46) (the Motion"). The Debtor requests that this Court continue the hearing on HSBC BANK USA, N.A.'s Motion for Annulment of the Automatic Stay *Nunc Pro Tunc* to May 15, 2018 scheduled for July 25, 2018.

The Court has reviewed the Motion, the record, and all relevant matters. It is

**ORDERED AS FOLLOWS**:

1. The Motion is GRANTED.

2. The hearing scheduled for July 25, 2018 at 10:30 a.m. is rescheduled to August 08, 2018 at 2:00 p.m. **NO FURTHER CONTINUANCES WILL BE GRANTED.**

###

Copies furnished to:
Maurice Symonette, pro se Debtor

*The Clerk of Court shall serve a copy of this order upon all parties in interest.*