United States Bankruptcy Court
Southern District of Florida

In re:                                                                  Case No. 18-15891-LMI
Maurice Symonette                                                       Chapter 7
         Debtor

# CERTIFICATE OF NOTICE

District/off: 113C-1           User: cohend              Page 1 of 1                Date Rcvd: Jul 19, 2018
                               Form ID: pdf004          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 21, 2018.
db             +Maurice Symonette,    14100 NW 14 AVE,    Miami, FL 33167-1203

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 21, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 19, 2018 at the address(es) listed below:
              Jeffrey S Fraser    on behalf of Creditor    HSBC Bank USA, National Association as Trustee for
               Nomura Home Equity Loan, Inc., AssetBacked Certificates, Series 2007-1 bkfl@albertellilaw.com,
               anhsalaw@infoex.com
              Joel L Tabas    JLT@tfsmlaw.com,
               kborrego@tabassoloff.com;jtabas@ecf.epiqsystems.com;jcepero@tabassoloff.com;lshortino@tabassoloff
               .com
              Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
                                                                                             TOTAL: 3



**ORDERED in the Southern District of Florida on July 19, 2018.**

Laurel M. Isicoff
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:                                                                   Case No.  18-15891-BKC-LMI

MAURICE SYMONETTE,                                        Chapter 7

       Debtor.
_____/

### ORDER GRANTING EMERGENCY MOTION TO CONTINUE HEARING

This matter came before the Court upon the Debtor's Emergency Motion to Continue Hearing (ECF #46) (the Motion"). The Debtor requests that this Court continue the hearing on HSBC BANK USA, N.A.'s Motion for Annulment of the Automatic Stay *Nunc Pro Tunc* to May 15, 2018 scheduled for July 25, 2018.

The Court has reviewed the Motion, the record, and all relevant matters. It is

**ORDERED AS FOLLOWS**:

1.     The Motion is GRANTED.

2.     The hearing scheduled for July 25, 2018 at 10:30 a.m. is rescheduled to August 08, 2018 at 2:00 p.m. **NO FURTHER CONTINUANCES WILL BE GRANTED.**

###

Copies furnished to:
Maurice Symonette, pro se Debtor

*The Clerk of Court shall serve a copy of this order upon all parties in interest.*