UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:

MAURICE SYMONETTE                         CASE NO.: 18-15891-LMI
                                          CHAPTER: 7
Debtor.
_____/

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 24th day of July, 2018, I served a copy of the

*Notice of Hearing Emergency Supplemental Motion for Annulment of the Automatic Stay*

(**D.E. #51**), on the parties listed below:

Maurice Symonette
14100 NW 14 AVE
Miami, FL 33167

Joel L. Tabas
25 SE 2nd Avenue
Suite 248
Miami, FL 33131

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130

                                      Jeffrey S. Fraser, Esq.
                                      **Albertelli Law**
                                      Attorney for Secured Creditor
                                      PO Box 23028
                                      Tampa, FL 33623
                                      Telephone: (813) 221-4743
                                      Facsimile: (813) 221-9171

                                      By: */s/ Jeffrey Fraser, Esq.*
                                      JEFFREY S. FRASER, ESQ.
                                      Florida Bar No: 0085894

ALAW FILE NO. 18-017793