United States Bankruptcy Court
Southren District of Florida

In RE:
Maurice Symonette
14100 NW 14th Ave
Miami, FL 33167

Case No: 18-15891LMI
Chaptar 7

Emergency
Motion To change Hearing
Date From July 31, st to August 8th

Comes Now Debtor Maurice Symonette with motion to change Hearing Date From July 31, 2018 to THE same time as the Hearing on Aug. 8th that is supposed to be Held For the ANNulment of THe Automatic stay that is Requested by HSBC Bank Because the Attorney For HSBC Bank Knew when I told Him I was going to sue them For what they did to my Property, All of A sudden there is another New Hearing Date of 7/31/2018 given to HSBC Bank, which is the same Date I Had already Planned to go out of town to see President Trump on that Day, I would Like to make a Solemn Request to HAVE that hearing that is FoR Data 7/31/18 changed to Aug 8th 2018 AND I THANK You your Honor,

Maurice

10290 SW 58st
Miami FLa 33173
PH: 786-859-9421