THE UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF FLORIDA


MAURICE SYMONETTE                                    CASE NO: 18-15891-LMI

                                                     CHAP. 7

IN RE:

_____/


## ORDER DENYING 

### EMERGENCY MOTION TO RECONSIDER and CHANGE THE HEARING BACK TO THE AUGUST 8TH 2018 DATE.

COMES NOW Maurice Symonette with motion to reconsider order from Judge on the subject matter of changing the upcoming hearing date for 7/31/18, debtor ask the court to reconsider this matter it is as founder of Blacks For Trump have rented vans to go to Trump's rally on 7/31/18 we need to make this country aware of how the banks (FOREINERS FROM THE EAST) are illegally taking WHITE AND BLACK PEOPLE'S houses all across America using Judges and lawyers See **exhibit (A1)**.

I was given the date of August 8th on my Motion to continue the hearing until Aug. 8th 2018, Exhibit K. of which you your honor GRANTED and said there would be no more changes (Continuances), See Exhibit I. But SUDDENLY when I sent an Email to the Police showing their problems, which also showed a promotion that I was going to Tampa for a Republican Trump Rally on July 31st 2018 Exhibit C. The Email Sent at 8:07am July 24th 2018 Exhibit C. Then suddenly on the same day July 24th 2018. at l0:am HSBC ordered the hearing changed to July 31st see Exhibit D. Over ruling the Judge's Order that said no changes allowed Exhibit B. to cause me to lose everything by default. Which is unfair and evil. To hide their law breaking

thievery. Therefore I pray that we keep the Judge's Order to do the hearing on the original date of August 8th I had planned for. This is designed to Give me problems so that I would lose by default is the case see **exhibit A**.

HSBC BANK HAS NO CLAIM OR STANDING CONCERNING THIS MORTGAGE OR NOTE BECAUSE HSBC BANK USA is a trust that does not exist anymore that trust ended in Jan. 2007, when the Trust <u>HSBC BANK USA NATIONAL ASSOCIATION AS TRUSTEE FOR THE HOLDERS OF NOMURA HOME EQUITY LOAN INC. HOME EQUITY LOAN TRUST, SERIES 2007-1</u> was researched on the **SEC DATA BASE** <u>no results came up on the SEC DATA BASE</u> **see exhibit (D)** <u>Because the trust does not exist and has been a dead trust since Jan. 2007, it is illegal for a Mortgage to operate or foreclose on an unregistered or dead trust</u> in violation of Florida Law Fla. Stat. 609.06, 1.140(b)(7) and Rule 1.210(a). HSBC BANK claims to be acting on behalf of a mortgage trust the mortgage Trust has issued certificates to investors as public securities. It has issued certificates to investors secured by a Florida mortgage, it is not an express trust under the Florida Trust code. The trust is a common law declaration of Trust under Section 609 of the Fla. Statues. The Trust is an association of two or more persons for the purpose of transacting business in Florida. Section 609.01 of the Florida Statues. Section 609.02 of the Florida statue. The Trust has failed to file its declaration of Trust, not paid the $350.00 fee and not obtained a certificate from the Department of State and has commenced to transact its business in Florida. Accordingly. The trust lacks standing to have their motion enforced in the courts of a Florida and the persons operating the trust in violation of chapter 609 have committed a third degree felony under Florida law Sec. 609.06 of the Fla. Statues, Arguably if it registered the security With the Securities and exchange commission, the trust and its officials and other related Federal authorities are exempted from the requirements of Sec. 609.05 of the Florida statues to obtain a permit to sell securities by the preemption created by Securities and exchange Commission authorities and other related Federal Authorities. However, such an exemption does not exempt the trust from the other requirements of Chapter 609 of the Florida Statue with which the trust has failed to comply. Florida law requires the filing, Accordingly, **<u>plaintiff lacks standing to seek foreclosure on behalf of a trust that has not complied with the registration</u>**

requirements of Florida law O'Hanlon v. Herndon, 5So.3d 723 9fla. App. 2Dist. 2009) Consequently, Appellee's "Complaint must be dismissed with prejudice, in addition Also to this on the assignment for made in 2012 **see exhibit ( A )** for this property is obviously the same dead trust that died out in the early part of the year of 2007, HSBC Bank's lawyers know that the trust is dead and does not exist anymore **see exhibit (E1 & E2'**

**;)**

where an illistration of how to detect when a trust ends and how to look up the trust on the SEC Website **see exhibit (D)**, where this trust was searched out and on the SEC Website and This trust could not be found for **HSBC BANK USA NATIONAL ASSC. AS TRUSTEE FOR CERTIFICATE HOLDERS OF NOMURA HOME EQUITY LOAN, HOME EQUITY LOAN TRUST SERIES 2007-1 , SO THEY USED A DEAD TRUST to start an assignment in 2012 see exb.( A )** lender LoanCity as where from the loan was originated from, closed its business in 3/22/2007 **see exhibit (B)** yet HSBC BANK USA claimed that they got assignment from LoanCity in 2012 **exb. (A)** when LoanCity was not even in business since 03/22/2007**exb (J)**, from a News brief from the Mercury News, Bay Area News Group, **Loan City Bank Affidavit of the Loan preparer Dee Dee Scott as seen on the front page second paragraph of the Mortgage, Exhibit H said they never gave us the Loan or financed the Loan Exhibit G. so HSBC cannot have an Assignment from LOANCITY BANK and therefore cannot foreclose or evict or move to have this Bankruptcy case affected by them, they are a NON Party** to the Bankruptcy Claims and are trying to cause Maurice Symonette to go against Judge Isicoff with the DOJ/ 18 USC 4 AND Complaint! **Because HSBC HAS SAID TO Symonette that I might as well stop fighting because HSBC ARE KNOCKING DOWN THE HOUSE so that I will lose all the judges are in our pocket WOW!**

ORDER

This motion application is DENIED

7/30/2018
Date

Laurel Myerson Isicoff
U.S. Bankruptcy Judge

Mau

Maurice B
MAURice Symonette
14100 NW 14 AVE
Miami 33167
786 859 9421