**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

IN RE:

**MAURICE SYMONETTE**        **CASE NO.:** 18-15891-LMI
Debtor(s).                   **CHAPTER**: 7
_____/

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this 3rd day of August, 2018, I served a copy of the Order Confirming No Automatic Stay in Effect (**D.E. #65**), on the parties listed below:

Maurice Symonette
14100 NW 14 AVE
Miami, FL 33167

Joel L. Tabas
25 SE 2nd Avenue
Suite 248
Miami, FL 33131

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130

 

                                             Jeffrey Fraser, Esq.
                                             **Albertelli Law**
                                             Attorney for Secured Creditor
                                             PO Box 23028
                                             Tampa, FL 33623
                                             Telephone: (813) 221-4743
                                             Facsimile: (813) 221-9171

                                             By: */s/ Jeffrey Fraser, Esq.*
                                             Jeffrey Fraser
                                             Florida Bar No: 0085894

ALAW FILE NO. 18-017793