UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:                                             CASE NO.: 18-15891-LMI

**MAURICE SYMONETTE**                              CHAPTER: 7

    **Debtor**
_____/

### NOTICE OF NON-COMPLIANCE

COMES NOW, **HSBC Bank USA, National Association as Trustee for Nomura Home Equity Loan, Inc., AssetBacked Certificates, Series 2007-1** ("Creditor") files this Notice of Non-Compliance and states as following:

1. On July 10, 2018, Creditor mailed a Request for Production of Documents to the Debtor. *See Notice of Filing Service of Discovery Requests* [DE #41]

2. Per the Amended Order Specially Setting Evidentiary Hearing entered on June 28, 2018, [DE #34] all Discovery was to be completed no later than July 27, 2018.

3. As of August 7, 2018, Creditor has not received the Request for Production from the Debtor.

    Jeffrey S. Fraser, Esq.
    **Albertelli Law**
    P.O. Box 23028
    Tampa, FL 33623
    Telephone: (813) 221-4743
    Facsimile: (813) 221-9171

    By: /s/ Jeffrey Fraser
    Jeffrey Fraser
    Florida Bar No.: 85894

ALAW FILE NO. 18-017793

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was provided via electronic mail and/or by regular U.S. mail to the parties on the attached service list on this 7th day of August, 2018.

**SERVICE LIST**
Maurice Symonette
14100 NW 14 AVE
Miami, FL 33167

Joel L. Tabas
25 SE 2nd Avenue
Suite 248
Miami, FL 33131

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130

    Jeffrey S. Fraser, Esq.
    **Albertelli Law**
    P.O. Box 23028
    Tampa, FL 33623
    Telephone: (813) 221-4743
    Facsimile: (813) 221-9171

    By: /s/ Jeffrey Fraser
    Jeffrey Fraser
    Florida Bar No.: 85894

ALAW FILE NO. 18-017793