**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:  Case No. 18-15891-LMI
  Chapter:7

Maurice Symonette

_____/

  Plaintiff  Adv. No.

  vs.

HSBC Bank USA, National Association as Trustee
for Nomura Home Equity Loan, Inc.,
AssetBacked Certificates, Series 2007-1

  Defendant

_____/

## EXHIBIT REGISTER

Exhibits Submitted on behalf of:

[ ] Plaintiff  [X] Defendant  [ ] Debtor  [ ] Other_____

Date of Hearing/Trial: _August 8, 2018 at 3:00 PM_____

Type of Hearing/Trial: _Evidentiary Hearing on Emergency Motion for Violation of Bankruptcy Stay___

SUBMITTED BY: _Jeffrey S. Fraser, Esq._____

  (Tel.) 813-221-4743 ext. 2499

Exhibit Register Continuation Page

| Exhibit Number/Letter | Description | Admitted | Refused | Not Introduced |
|---|---|---|---|---|
| A | Petition BK Case No. 18-15891 | A | | |
| B | Schedules A/B BK Case No. 18-15891 | A | | |
| C | Petition BK Case No. 18-15121 | | | |
| D | Petition BK Case No. 16-20959 | A | | |
| E | Petition BK Case No. 16-13958 | | | |
| F | Amended Schedules A/B BK Case No. 16-13958 | | | |
| G | Petition BK Case No. 12-23756 | | | |
| H | Schedules A/B BK Case No. 12-23756 | | | |
| I | Amended Schedule A BK Case No. 12-23756 | | | |
| J | Petition BK Case No. 15-28143 | | | |
| K | Amended Schedules A/B BK Case No. 15-28143 | | | |
| L | Schedules A/B BK Case No. 08-23786 | | | |
| M | Schedules A/B BK Case No. 16-20959 | A | | |
| N | Foreclosure Judgement | A | | |
| O | Certificate of Sale | A | | |
| P | Certificate of Title | A | | |
| Q | Quit Claim Deed | | | |
| R | Writ of Possession | A | | |
| S | Title Affidavit | | R | |

F-49 (rev. 12/01/09)