## WITNESS LIST FOR CREDITOR

*(HSBC Bank USA, National Association as Trustee for Nomura Home Equity Loan, Inc., Asset Backed Certificates, Series 2007-1)*

1. Maurice Symonette
   14100 NW 14 Avenue
   Miami, Florida 33167

2. All witnesses listed by Debtor

3. All rebuttal witnesses or any other witness identified during the hearing