**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
C.CLYDE ATKINS UNITED STATES COURTHOUSE
301 NORTH MIAMI AVENUE
MIAMI, FL 33128

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

MIAMI
FL 331
02 AUG '18
PM 1 L

U.S. BANKRUPTCY COURT
SO. DISTRICT OF FLORIDA-Miami
AUG 13 2018
FILED_____ RECEIVED

$0.49
US POSTAGE
FIRST-CLASS
062S0008096695
33128

Maurice Symonette
14100 NW 14 Ave.
Miami, FL  33167

```
NIXIE         331    FE 1          0008/09/18
           RETURN TO SENDER
       ATTEMPTED - NOT KNOWN
         UNABLE TO FORWARD
```

.. 9326010086674184        ANK    BC: 33128770299    *2006-01035-02-41
                33167-120300 2



**ORDERED in the Southern District of Florida on July 31, 2018.**

Laurel M. Isicoff
Chief United States Bankruptcy Judge

---

## UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

IN RE:                                          CASE NO.: 18-15891-LMI

MAURICE SYMONETTE                               CHAPTER: 7

DEBTOR.
_____/

### ORDER CONFIRMING
### THERE IS NO AUTOMATIC STAY IN EFFECT

**THIS CAUSE** came before the Court at a hearing on July 31, 2018 at 10:55 a.m. upon the *Emergency Supplemental Motion for Annulment of the Automatic Stay Nunc Pro Tunc* (DE #51) filed **HSBC Bank USA, National Association as Trustee for Nomura Home Equity Loan, Inc., AssetBacked Certificates, Series 2007-1** (the "Creditor") on July 23, 2018. The Court, having reviewed the docket in this case, including the transcript of the hearing on June 22, 2018, a hearing at which both the Debtor and the Creditor were present,

**ORDERS AS FOLLOWS:**

1. The Court repeats and confirms what it told the Debtor and the Creditor at the hearing on June 22 - because the Debtor had a prior bankruptcy case pending within one year prior to this case **the automatic stay in this case expired on June 15, 2018.**

2. The Debtor, Maurice Symonette, filed for bankruptcy on May 16, 2018. Because the Debtor failed to file and have a hearing on a Motion to Extend the Automatic Stay within the thirty days required by the Bankruptcy Code, the automatic stay terminated and THERE IS NO AUTOMATIC STAY IN EFFECT.

3. As a result the title owner (Creditor) has full right of possession in relation to the property located at 10290 SW 58th Street Miami, Florida 33173, and may proceed with any and all remedies to recover possession of the property.

4. The property is more particularly described as:

**MILLER DRIVE ESTATES, PB 46-37, Lot IRREGULAR, Block , N1/2 OF W1/2 of TR 23 of public record, according to the map thereof as recorded in public records of Miami-Dade County, Florida**

5. The Court will hear the Movant's Motion For Annulment of the Automatic Stay and Request for Dismissal on August 8, 2018 at 3:00 p.m..

###

*Attorney, Jeffrey S. Fraser, Esq. shall serve a copy of the signed order on all required parties and file a certificate of service as required under Local Rule 2002-1(F).*

**COPY FURNISHED TO:**
Jeffrey S. Fraser, Esq.
Albertelli Law
Attorney for Secured Creditor
PO Box 23028
Tampa, FL 33623
Telephone: (813) 221-4743 ext. 2018
Facsimile: (813) 221-9171
bkfl@albertellilaw.com

2