**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

In re:                                                                                  CASE NO.:  18-15891-BKC-LMI
                                                                                         Chapter 7
**MAURICE SYMONETTE**
SSN: XXX-XX-9067
           Debtor.           /

## NOTICE OF WITHDRAWAL

**PLEASE TAKE NOTICE** that Joel L. Tabas, as Chapter 7 Trustee of the Bankruptcy Estate of Maurice Symonette ("Trustee"), hereby gives notice of withdrawal of Trustee's Statement Re: Debtor's Compliance with 521(a)(1) Filing Requirements [PAPERLESS], filed on August 16, 2018 [ECF 75], in the above-referenced bankruptcy proceeding.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 16, 2018, a true and correct copy of the foregoing was served via electronic transmission to the parties who are currently on the list to receive e-mail notice/service for this case.

/s/ Joel L. Tabas
Joel L. Tabas
Chapter 7 Trustee
25 SE 2nd Ave., Suite 248
Miami, FL  33131
Telephone: (305) 375-8171
Telefax: (305) 381-7708