United States Bankruptcy Court
Southern District of Florida

In re:                                                                  Case No. 18-15891-LMI
Maurice Symonette                                                        Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 113C-1           User: cgrimm              Page 1 of 1                Date Rcvd: Aug 17, 2018
                               Form ID: pdf004           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 19, 2018.
db             +Maurice Symonette,    PO Box 222692,    Hollywood, FL 33022-2692

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 19, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 17, 2018 at the address(es) listed below:
              Jeffrey S Fraser    on behalf of Creditor    HSBC Bank USA, National Association as Trustee for
               Nomura Home Equity Loan, Inc., AssetBacked Certificates, Series 2007-1 bkfl@albertellilaw.com,
               anhsalaw@infoex.com
              Joel L Tabas    JLT@tfsmlaw.com,
               kborrego@tabassoloff.com;jtabas@ecf.epiqsystems.com;jcepero@tabassoloff.com;lshortino@tabassoloff
               .com
              Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
                                                                                             TOTAL: 3



**ORDERED in the Southern District of Florida on August 16, 2018.**

Laurel M. Isicoff
Chief United States Bankruptcy Judge

_____

**UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

IN RE:                                                                                     CASE NO.: 18-15891-LMI

MAURICE SYMONETTE                                                   CHAPTER: 7

      DEBTORS.
_____/

**ORDER GRANTING MOTION FOR ANNULMENT OF THE AUTOMATIC STAY
*NUNC PRO TUNC* [DE #42] (SUPPLEMENTED AT DE #51])**

**THIS CAUSE** came before the Court at a hearing on August 8, 2018 at 3:00 p.m. upon the *Motion for Annulment of the Automatic Stay Nunc Pro Tunc* [DE #42] (Supplemented at DE #51] (the "Motion to Annul") filed **HSBC Bank USA, National Association as Trustee for Nomura Home Equity Loan, Inc., AssetBacked Certificates, Series 2007-1** (the "Creditor"). The Court, having heard argument by the Debtor and argument by counsel for the Creditor enters the following Order in relation to Creditor's Motion to Annul:

**ORDERED:**

    1.    The Motion to Annul is GRANTED.

    2.    The Automatic Stay in relation to the Creditor is annulled to the petition date (May 16, 2018).

3. The Debtor has no legal, equitable, or any other colorable title in relation to real property located at 10290 SW 58th St., Miami, FL, 33173 (the "Subject Property") – more particularly described as:

> MILLER DRIVE ESTATES, PB 46-37, Lot IRREGULAR, Block , N1/2 OF W1/2 of TR 23 of public record, according to the map thereof as recorded in public records of Miami-Dade County, Florida

4. Any possession by the Debtor in relation to the Subject Property is (and has always been) unlawful and without the permission of Creditor, the title holder.

5. The Debtor's bankruptcy was filed for the sole purpose of stopping Creditor's eviction in relation to the Subject Property.

6. The Debtor has no redress for any damages that may or may not have been experienced by the Debtor in relation to the Debtor's Emergency Motion for Violation of the Automatic Stay [DE #20].

###

*Attorney, Jeffrey S. Fraser, Esq. shall serve a copy of the signed order on all required parties and file a certificate of service as required under Local Rule 2002-1(F).*

**Submitted by:**
Jeffrey S. Fraser, Esq.
Albertelli Law
Attorney for Secured Creditor
PO Box 23028
Tampa, FL 33623
Telephone: (813) 221-4743 ext. 2018
Facsimile: (813) 221-9171
bkfl@albertellilaw.com