UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:                                                                    CASE NO.: 18-15891-BKC-LMI
                                                                          Chapter 7
**MAURICE SYMONETTE**
SSN: XXX-XX-9067

_____Debtor._____/

**JOEL L. TABAS, TRUSTEE'S MOTION TO ENLARGE TIME
TO FILE A COMPLAINT OBJECTING TO DEBTOR'S DISCHARGE**

Joel L. Tabas, as Chapter 7 Trustee of the Bankruptcy Estate of Maurice Symonette (the "Trustee"), files this Motion to Enlarge Time to File a Complaint Objecting to Debtor's Discharge (the "Motion") pursuant to Fed.R.Bankr.P. 9006(b), and in support thereof, states as follows:

1.  This case commenced as a Chapter 7 proceeding on May 16, 2018.

2.  The § 341 Meeting of Creditors was initially scheduled for June 19, 2018, but has been continued/adjourned four times. The § 341 Meeting of Creditors is currently scheduled for September 11, 2018.

3.  On August 16, 2018, this Court entered its *Order to Show Cause Why Bankruptcy Case Should Not be Dismissed for Five Years* [ECF 73] (the "Order to Show Cause"). Per the Order to Show Cause, the Debtor has until August 29, 2018 to file a response to the Order to Show Case setting forth any reason why he believes the Court should reduce the five year prejudice period. If no response is timely filed, the Court will enter a final order dismissing the case with a five year prejudice period. If a response is timely filed, the Court will consider whether a hearing is necessary prior to ruling on the prejudice period.

4.  Notwithstanding the Order to Show Cause, the deadline for the Trustee to file a complaint objecting to the Debtor's discharge is August 20, 2018 pursuant to

1

Fed.R.Bankr.P. 4004 (i.e., 60 days after the first date set for the meeting of creditors under § 341(a)).

5. In the event the case is not dismissed for any reason, documents and information along with the Debtor's testimony at the continued § 341 Meeting of Creditors are needed from the Debtor in order for the Trustee to determine whether there is any basis to file a complaint objecting to the Debtor's discharge.

6. Accordingly, in the abundance of caution, the Trustee respectfully requests an additional sixty (60) days, up to and including, October 19, 2018, to file a complaint objecting to the Debtor's discharge in the event this case is not dismissed.

7. This request is made on behalf of the Trustee, and is not intended as a request for enlargement for any creditor.

8. Fed.R.Bankr.P. 9006(b) provides that the Court may, for cause shown, enter an Order enlarging time, with or without motion or notice, if the request is made before the expiration of the period originally prescribed or as extended.

9. In the event this case is dismissed prior to a hearing on this Motion, the Trustee will either withdraw this Motion or submit an Order to the Court denying this Motion as moot.

**WHEREFORE**, Joel L. Tabas, as Chapter 7 Trustee of the Bankruptcy Estate of Maurice Symonette, respectfully requests this Honorable Court enter an Order, in the event the case is not dismissed: (1) granting the instant Motion; (2) finding that cause exists to enlarge the time for the Trustee to file a complaint objecting to the Debtor's discharge; (3) enlarging the time for the Trustee to file a complaint objecting to the Debtor's discharge, up to and including, October 19, 2018; and (4) granting such other and further relief as this Court deems just and proper.

CASE NO: 18-15891-BKC-LMI

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on August 20, 2018, a true and correct copy of the foregoing was served via electronic transmission to the parties who are currently on the list to receive e-mail notice/service for this case, and via U.S. Mail to:

Maurice Symonette
PO Box 222692
Hollywood, FL 33022

        Respectfully submitted,

        /s/ Joel L. Tabas
        Joel L. Tabas, Trustee
        25 S.E. 2nd Avenue, Suite 248
        Miami, Florida 33131
        Telephone: (305) 375-8171
        Facsimile: (305) 381-7708
        jtabas@tabassoloff.com