

**ORDERED in the Southern District of Florida on September 15, 2018.**

Laurel M. Isicoff
Chief United States Bankruptcy Judge

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:                                                                 CASE NO.: 18-15891-BKC-LMI
                                                                       Chapter 7
**MAURICE SYMONETTE**
SSN: XXX-XX-9067

        Debtor.     /

### ORDER GRANTING TRUSTEE'S MOTION TO ENLARGE
### TIME TO FILE A COMPLAINT OBJECTING TO THE DEBTOR'S DISCHARGE

**THIS CAUSE** having come before the Court on September 12, 2018 at 9:30 a.m. upon Joel L. Tabas, Trustee's Motion to Enlarge Time to File a Complaint Objecting to the Debtor's Discharge (the "Motion") [ECF 86], and the Court, having reviewed the Motion, having heard from Trustee's counsel at the hearing, and based on the record, it is

**ORDERED** as follows:

1. The Motion is granted.

2. The Court finds that cause exists to enlarge the time for the Trustee to file a complaint objecting to the Debtor's discharge.

CASE NO.: 18-15891-BKC-LMI

3. The deadline for Joel L. Tabas, Trustee, to file a complaint objecting to the Debtor's discharge shall be enlarged up to, and including, October 19, 2018.

# # #

Submitted By:

Joel L. Tabas, Trustee
25 S.E. 2nd Avenue, Suite 248
Miami, Florida 33131
Telephone: (305) 375 8171
Facsimile: (305) 381 7708
E mail: jtabas@tabassoloff.com

Copy furnished to:

Joel L. Tabas, Trustee
Trustee, Joel L. Tabas is directed to serve copies of this Order on all interested parties and file a Certificate of Service.