UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:  CASE NO.: 18-15891-BKC-LMI
Chapter 7

**MAURICE SYMONETTE**
SSN: XXX-XX-9067

_____Debtor._____/

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on September 19, 2018, a true and correct copy of the **Order Granting Trustee's Motion to Enlarge Time to File a Complaint Objecting to the Debtor's Discharge [ECF 92],** entered on September 15, 2018, was served via electronic transmission to the parties who are currently on the list to receive e-mail notice/service for this case, and via U.S. Mail to:

Maurice Symonette
PO Box 222692
Hollywood, FL 33022

Respectfully submitted,

/s/ Joel L. Tabas
Joel L. Tabas, Trustee
25 S.E. 2nd Avenue, Suite 248
Miami, Florida 33131
Telephone: (305) 375-8171
Facsimile: (305) 381-7708
jtabas@tabassoloff.com